# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Smith, | No. CV-15-00022-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Reliance Standard Life Insurance Company, et al., | |
| Defendants. | |

Pending before the Court is a Joint Stipulation to Dismiss the case with prejudice. Doc. 56. Good cause appearing;

**IT IS HEREBY ORDERED** that this matter is dismissed with prejudice, each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to close the case.

Dated this 5th day of May, 2017.

_____
Raner C. Collins
Chief United States District Judge